In the Matter of the Accounting of IRVING TRUST COMPANY et al., as Trustees under the Will of JOSEPH BATTELL, Deceased.

ROSA E. TUTTLE, Appellant; WINIFRED M. SHELDON, as Executrix of ROBERT T. SHELDON, Deceased, et al., Respondents.

Submitted October 6, 1941; decided October 23, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 286 N. Y. 97.)

In the Matter of JOHN J. FINN, Appellant.

WESTCHESTER COUNTY BAR ASSOCIATION et al., Respondents.

Submitted October 13, 1941; decided October 23, 1941.

Motion for reargument denied.   (See 286 N. Y. 464.)